UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) No. 1:14-ml-02570-RLY-TAB |

**ORDER ON OCTOBER 5, 2016, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel October 5, 2016, for a telephonic status conference.

Argument heard regarding various discovery issues, and the Court made the following rulings:

1) Defendant's motion to quash [Filing No. 2690] is denied as moot.

2) The parties shall file a revised order [Filing No. 2687-1] by October 14, 2016, and the related motion [Filing No. 2687] remains under advisement.

Dated: 10/13/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email. Distribution to all remaining counsel of record to be made by Plaintiffs' Lead Counsel.